# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, | Case No.: 2:18-cv-02281-APG-VCF |
| Plaintiff | **Order Transferring Case** |
| v. | |
| INTERCEPT CORPORATION, et al., | |
| Defendants | |

In light of the omnibus transfer order (ECF No. 4-1),

IT IS ORDERED that this case is **TRANSFERRED and REASSIGNED** to Chief Judge Gloria M. Navarro for all further proceedings.

DATED this 3rd day of December, 2018.

_____  _____
ANDREW P. GORDON                GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE    UNITED STATES DISTRICT JUDGE