1  Dan R. Waite (Nev. Bar # 4078)
   **LEWIS ROCA ROTHGERBER CHRISTIE LLP**
2  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169
3  Tel: (702) 949-8200
   Fax: (702) 949-8398
4  Email: dwaite@lrrc.com

5  Richard Zack (*pro hac vice* forthcoming)
   **PEPPER HAMILTON LLP**
6  3000 Two Logan Square
   Eighteenth and Arch Streets
7  Philadelphia, Pennsylvania 19103
8  Tele: 215-981-4084
   *Attorneys for Defendants Intercept Corporation,*
9  *Bryan Smith, Craig Dresser, and Connie Mossier*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; BA Services LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Park 269, LLC; C5 Capital LLC; DF Services Corp.; DFTW Consolidated [UC] LLC; Impact BP LLC; Level 5 Apparel LLC; Level 5 Capital Partners LLC; Level 5 Eyewear LLC; Level 5 Motorsports, LLC; Level 5 Scientific LLC; NM Service Corp. (f/k/a/ National Money Service); PSB Services LLC; Real Estate Capital LLC (f/k/a/ Rehab Capital I, LLC); Sentient Technologies; ST Capital LLC; Westfund LLC; Eclipse Renewables Holdings LLC; Scott Tucker Declaration of Trust, dated February 20, 2015; West Race Cars, LLC; and Level 5 Management LLC; and their successors, assigns, affiliates, and subsidiaries,<br><br>Plaintiffs,<br>v.<br><br>INTERCEPT CORPORATION; BRYAN SMITH; CRAIG DRESSER; CONNIE MOSIER; DOES I-X; and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.: 2:18-cv-02281-GMN-VCF<br><br>**STIPULATION (AND PROPOSED ORDER) TO EXTEND TIME TO FILE REPLY IN SUPPORT OF INTERCEPT'S MOTION TO DISMISS**<br><br>**(First Request)** |

107931468.1

1    Intercept Corporation, Bryan Smith, Craig Dresser, and Connie Mosier ("Intercept") filed
2    their Motion to Dismiss the Complaint filed by Plaintiff Thomas W. McNamara ("Monitor") on
3    April 8, 2019. (ECF No. 17.) The Monitor filed its opposition on April 22, 2019. (ECF No. 20.)
4    Given the complexity of the issues and counsel's trial schedule, the parties have stipulated that
5    Intercept may have through May 6, 2019 to file its reply.
6    DATED this 24th day of April, 2019.
7
8    **MCNAMARA SMITH LLP**
9
10   By: /s/ Cornelia J. B. Gordon
11   Edward Chang (NV 11783)
     echang@mcnamarallp.com
12   Cornelia J. B. Gordon (*Pro Hac Vice*)
     cgordon@mcnamarallp.com
13   MCNAMARA SMITH LLP
     655 West Broadway, Suite 1600
14   San Diego, California 92101
     Tel.: 619-269-0400
15   Fax: 619-269-0401
16
     Michael F. Lynch (NV 8555)
17   Michael@LynchLawPractice.com
     LYNCH LAW PRACTICE, PLLC
18   3613 S. Eastern Ave.
     Las Vegas, Nevada 89169
19   Tel.: 702-684-6000
20   Fax: 702-543-3279
21   *Attorneys for Court-Appointed Monitor*
22   **LEWIS ROCA ROTHGERBER CHRISTIE LLP**
23
24
25   By: /s/ Dan R. Waite
     Dan R. Waite (Nev. Bar # 4078)
26   3993 Howard Hughes Parkway, Suite 600
     Las Vegas, NV 89169
27   Tel: (702) 949-8200
     Fax: (702) 949-8398
28   dwaite@lrrc.com

Richard Zack
**Pepper Hamilton LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103
Tele: 215-981-4084

*Attorneys for Defendants Intercept Corporation,
Bryan Smith, Craig Dresser, and Connie Mossier*

## **ORDER**

IT IS HEREBY ORDERED that the above Stipulation to Extend Time, (ECF No. 21), is Granted.

DATED this __29__ day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5, I hereby certify that service of the foregoing ***STIPULATION (AND PROPOSED ORDER) TO EXTEND TIME TO FILE REPLY IN SUPPORT OF INTERCEPT'S MOTION TO DISMISS*** was made through the United States District Court's CM/ECF system.

DATED this 24th day of April, 2019.

          /s/ Luz Horvath
An Employee of Lewis Roca Rothgerber Christie LLP