Dan R. Waite (Nev. Bar # 4078)
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
Email: dwaite@lrrc.com

Richard Zack (*Admitted Pro Hac Vice*)
**PEPPER HAMILTON LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103
Tele: 215-981-4084
*Attorneys for Defendants Intercept Corporation,*
*Bryan Smith, Craig Dresser, and Connie Mosier*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; BA Services LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Park 269, LLC; C5 Capital LLC; DF Services Corp.; DFTW Consolidated [UC] LLC; Impact BP LLC; Level 5 Apparel LLC; Level 5 Capital Partners LLC; Level 5 Eyewear LLC; Level 5 Motorsports, LLC; Level 5 Scientific LLC; NM Service Corp. (f/k/a/ National Money Service); PSB Services LLC; Real Estate Capital LLC (f/k/a/ Rehab Capital I, LLC); Sentient Technologies; ST Capital LLC; Westfund LLC; Eclipse Renewables Holdings LLC; Scott Tucker Declaration of Trust, dated February 20, 2015; West Race Cars, LLC; and Level 5 Management LLC; and their successors, assigns, affiliates, and subsidiaries,<br><br>Plaintiffs,<br>v.<br><br>INTERCEPT CORPORATION; BRYAN SMITH; CRAIG DRESSER; CONNIE MOSIER; DOES I-X; and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No. 2:18-cv-02281-CMN-VCF<br><br>**UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**<br><br> **(First request)** |

Defendants Intercept Corporation, Bryan Smith, Craig Dresser, and Connie Mosier ("Defendants"), by and through their undersigned counsel, request that the status conference scheduled for January 6, 2020 (ECF No. 33) be continued to a later date.

The continuance is necessary because counsel for Defendants have a scheduling conflict on January 6, 2020, which precludes counsel from appearing on that date. This is the first request to continue this status conference.

The parties have agreed to a continuance and propose the following dates for the Court's consideration: January 27, 28, 29, 30, 31, or February 3, 4, 5, 6, or 7. It is also requested that out-of-state counsel for the parties be permitted to participate in the status conference by telephone.

For the reasons stated above, Defendants respectfully request that the Court grant this unopposed motion for a continuance of the January 6, 2020 status conference.

DATED this 3rd day of January, 2020.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: /s/ Dan R. Waite
Dan R. Waite (Nev. Bar # 4078)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
dwaite@lrrc.com

Richard Zack *(Admitted Pro Hac Vice)*
**Pepper Hamilton LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103
Tele: 215-981-4084

*Attorneys for Defendants Intercept Corporation, Bryan Smith, Craig Dresser, and Connie Mosier*

**IT IS SO ORDERED:**

The settlement conference scheduled for January 6, 2020 is hereby continued to
10:30 AM, February 3, 2020
_____. Out-of-state counsel for the parties may participate in the status

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

conference by telephone.

DATED this 3rd day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

Lewis Roca
ROTHGERBER CHRISTIE

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5, I hereby certify that service of the foregoing UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE was made through the United State District Court's CM/ECF system.

DATED this 3rd day of January, 2020.


/s/ Dale Kotchka-Alanes
An Employee of Lewis Roca Rothgerber Christie LLP