# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

THOMAS W. MCNAMARA, as Court-Appointed Monitor,

Plaintiff,

vs.

INTERCEPT CORPORATION, *et al.*,

Defendants.

2:18-cv-02281-GMN-VCF

**<u>ORDER</u>**

Before the Court is *Thomas W. McNamara, as Court-Appointed Monitor v. Intercept Corporation, et al.*, case number. 2:18-02281-GMN-VCF.

Judge Gloria M. Navarro has ordered supplemental briefing on the motion to dismiss (ECF NO. 39).

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for February 3, 2020, is VACATED, and RESCHEDULED to 10:00 AM, May 4, 2020, in Courtroom 3D.

DATED this 30th day of January, 2020.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE