# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THOMAS W. MCNAMARA, as Court Appointed Monitor,<br><br>Plaintiff,<br><br>vs.<br><br>INTERCEPT CORPORATION, *et al.*,<br><br>Defendant. | 2:18-cv-02281-GMN-VCF<br>**ORDER** |

Before the court is *Thomas W. McNamara, as Court Appointed Monitor v. Intercept Corporation, et al.*, case number 2:18-cv-02281-GMN-VCF.

IT IS HEREBY ORDERED that the status hearing scheduled for 10:00 AM, May 4, 2020, is VACATED.

DATED this 2nd day of April, 2020.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE