1  Dan R. Waite (Nev. Bar # 4078)
   **LEWIS ROCA ROTHGERBER CHRISTIE LLP**
2  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169
3  Tel: (702) 949-8200
   Fax: (702) 949-8398
4  Email: dwaite@lrrc.com

5  Richard Zack (*Admitted Pro Hac Vice*)
   **PEPPER HAMILTON LLP**
6  3000 Two Logan Square
7  Eighteenth and Arch Streets
   Philadelphia, Pennsylvania 19103
8  Tele: 215-981-4084
   *Attorneys for Defendants Intercept Corporation,*
9  *Bryan Smith, Craig Dresser, and Connie Mosier*

10            UNITED STATES DISTRICT COURT
11                 DISTRICT OF NEVADA

12 THOMAS W. MCNAMARA, as the Court-         Case No. 2:18-cv-02281-GMN-VCF
   Appointed Monitor for AMG Capital
13 Management, LLC; BA Services LLC; Black
   Creek Capital Corporation; Broadmoor Capital
14 Partners, LLC; Park 269, LLC; C5 Capital
   LLC; DF Services Corp.; DFTW Consolidated   **STIPULATION (AND PROPOSED
15 [UC] LLC; Impact BP LLC; Level 5 Apparel    ORDER) TO EXTEND TIME TO FILE A
   LLC; Level 5 Capital Partners LLC; Level 5  RESPONSE TO MONITOR'S FIRST
16 Eyewear LLC; Level 5 Motorsports, LLC;      AMENDED COMPLAINT**
17 Level 5 Scientific LLC; NM Service Corp.
   (f/k/a/ National Money Service); PSB Services  (First request)
18 LLC; Real Estate Capital LLC (f/k/a/ Rehab
19 Capital I, LLC); Sentient Technologies; ST
   Capital LLC; Westfund LLC; Eclipse
20 Renewables Holdings LLC; Scott Tucker
   Declaration of Trust, dated February 20, 2015;
21 West Race Cars, LLC; and Level 5
22 Management LLC; and their successors,
   assigns, affiliates, and subsidiaries,
23
                Plaintiffs,
24 v.

25 INTERCEPT CORPORATION; BRYAN
   SMITH; CRAIG DRESSER; CONNIE
26 MOSIER; DOES I-X; and ROE
   CORPORATIONS I-X,
27
                Defendants.
28

Plaintiff Thomas W. McNamara ("Monitor") filed his First Amended Complaint on April 21, 2020. (ECF No. 47.) Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants Intercept Corporation, Bryan Smith, Craig Dresser, and Connie Mosier ("Defendants") must file a response on or before May 5, 2020.

Given the nature of the allegations in the First Amended Complaint and the highly unusual circumstances under which all the parties and counsel are currently operating, the parties have stipulated that Defendants may file their response on or before May 15, 2020, and the Monitor may file a response on or before June 8, 2020. Defendants' reply brief, if any, shall be filed per the Local Rules.

DATED this 30th day of April, 2020.

**MCNAMARA SMITH LLP**

By: /s/ Cornelia J.B. Gordon
Edward Chang (NV 11783)
echang@mcnamarallp.com
Cornelia J. B. Gordon (*Pro Hac Vice*)
cgordon@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 1680
San Diego, California 92101
Tel.: 619-269-0400
Fax: 619-269-0401

Michael F. Lynch (NV 8555)
Michael@LynchLawPractice.com
LYNCH LAW PRACTICE, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Tel.: 702-684-6000
Fax: 702-543-3279

*Attorneys for Court-Appointed Monitor*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: /s/ Dan R. Waite
Dan R. Waite (Nev. Bar # 4078)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200

Fax: (702) 949-8398
dwaite@lrrc.com

Richard Zack *(Admitted Pro Hac Vice)*
**Pepper Hamilton LLP**
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103
Tele: 215-981-4084

*Attorneys for Defendants Intercept Corporation, Bryan Smith, Craig Dresser, and Connie Mosier*

**IT IS SO ORDERED:**

_____

UNITED STATES MAGISTRATE JUDGE

DATED this 1st day of May, 2020.

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5, I hereby certify that service of the foregoing Stipulation (And Proposed Order) To Extend TIme To File A Response to Monitor's First Amended Complaint was made through the United State District Court's CM/ECF system.

DATED this 30th day of April, 2020.

/s/ Luz Horvath
An Employee of Lewis Roca Rothgerber Christie LLP