Edward Chang (NV 11783)
echang@mcnamarallp.com
Andrew M. Greene (*Pro Hac Vice*)
agreene@mcnamarallp.com
Cornelia J. B. Gordon (*Pro Hac Vice*)
cgordon@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 1680
San Diego, California 92101
Tel.:   619-269-0400
Fax:   619-269-0401

Michael F. Lynch (NV 8555)
Michael@LynchLawPractice.com
LYNCH LAW PRACTICE, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Tel.:   702-684-6000
Fax:   702-543-3279

*Attorneys for Court-Appointed Monitor,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; BA Services LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Park 269, LLC; C5 Capital LLC; DF Services Corp.; DFTW Consolidated [UC] LLC; Impact BP LLC; Level 5 Apparel LLC; Level 5 Capital Partners LLC; Level 5 Eyewear LLC; Level 5 Motorsports, LLC; Level 5 Scientific LLC; NM Service Corp. (f/k/a/ National Money Service); PSB Services LLC; Real Estate Capital LLC (f/k/a/ Rehab Capital I, LLC); Sentient Technologies; ST Capital LLC; Westfund LLC; Eclipse Renewables Holdings LLC; Scott Tucker Declaration of Trust, dated February 20, 2015; West Race Cars, LLC; and Level 5 Management LLC; and their successors, assigns, affiliates, and subsidiaries,<br><br>Plaintiff,<br>v.<br><br>INTERCEPT CORPORATION; BRYAN SMITH; CRAIG DRESSER; and CONNIE MOSIER,<br><br>Defendants. | Case No. 2:18-cv-02281-GMN-VCF<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

This notice serves to advise that Edward Chang of McNamara Smith LLP, counsel for Plaintiff Thomas W. McNamara in the above-captioned case, hereby withdraws from the above-captioned case as of the date of this filing due to his departure from private practice and acceptance of a position as an Assistant United States Attorney as of October 26, 2020. Please remove Mr. Chang from all future mailings and notices with respect to this case.

Andrew M. Greene and Cornelia J. B. Gordon of McNamara Smith LLP and Michael F. Lynch of the Lynch Law Practice, PLLC will continue to act as counsel for Mr. McNamara.

Dated: October 15, 2020

MCNAMARA SMITH LLP

By: ___/s/ Edward Chang_____
Edward Chang (NV 11783)
Andrew M. Greene (*Pro Hac Vice*)
Cornelia J. B. Gordon (*Pro Hac Vice*)
655 West Broadway, Suite 1680
San Diego, California 92101
Tel.:     619-269-0400
Fax:     619-269-0401

Michael F. Lynch (NV 8555)
LYNCH LAW PRACTICE, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Tel.:     702-684-6000
Fax:     702-543-3279

*Attorneys for Court-Appointed Monitor,*
*Thomas W. McNamara*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 10-22-2020

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2020, pursuant to Fed. R. Civ. P. 5(b), I served via CM/ECF or delivered by email and mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL**, postage prepaid and addressed to the following:

| | |
|---|---|
| **VIA CM/ECF** | **VIA CM/ECF** |
| Dan R. Waite | Richard J. Zack (*pro hac vice*) |
| Lewis Roca Rothgerber Christie LLP | Pepper Hamilton LLP |
| 3993 Howard Hughes Parkway, Suite 600 | 3000 Two Logan Square |
| Las Vegas, NV 89169 | Eighteenth and Arch Streets |
| Tel.:   702-949-8200 | Philadelphia, PA 19103-2799 |
| Fax:   702-949-8398 | Tel.:   215-981-4000 |
| dwaite@lrrc.com | Fax:   215-981-4750 |
| *Attorneys for Defendants Intercept Corporation, Bryan Smith, Craig Dresser, and Connie Mosier* | zackr@pepperlaw.com |
| | *Attorneys for Defendants Intercept Corporation, Bryan Smith, Craig Dresser, and Connie Mosier* |

  /s/ Edward Chang
Edward Chang
*Attorneys for Court-Appointed Monitor, Thomas W. McNamara*